Ronald L. LEGG, Plaintiff–Appellant,

v.

Chief RHODES, of Horry County Police; Det. Neil Frebowitz, of Horry County Police; Edward Ed Chrisco, Public Defender; W. Thomas Floyd, Public Defender, Defendants–Appellees.

No. 14–7489.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2015.

Decided: April 1, 2015.

Ronald L. Legg, Appellant Pro Se. Edgar Lloyd Willcox, II, Willcox Buyck & Williams, PA, Florence, South Carolina, for Appellees.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Legg appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible

error. Accordingly, we deny Legg's motion for appointment of counsel and affirm substantially on the reasoning of the district court's orders. *Legg v. Rhodes,* No. 4:12-cv-00811-RMG, 2012 WL 2106298, 2013 WL 4042035 (D.S.C. June 11, 2012, Aug. 6, 2013 & Oct. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*